■ JOHN D. SCHUSTER et al., Appellants, v LONNY G. WALTER et al., Respondents. (Appeal No. 2.) [621 NYS2d 991]

—Appeal unanimously dismissed without costs *(see,* CPLR 5501 [a] [2]). (Appeal from Order of Supreme Court, Erie County, Wolf, Jr., J.—New Trial.) Present—Pine, J. P., Fallon, Wesley, Callahan and Davis, JJ.